UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**S&P ELECTRIC, INC.**<br><br>DEFENDANT(S) | Case No.<br>**08 CV 3388**<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 19, 2008**, at **4:00 PM**, I served the above described documents upon **S&P ELECTRIC, INC. C/O BURKE AGENTS, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **BARBARA DONA1 PARALEGAL**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **330 N. WABASH, 22ND FL. CHICAGO, IL 60611**

**DESCRIPTION:**  Gender: **F**  Race: **WHITE**  Age: **50**  Hgt: **5'6"**  Wgt: **150**  Hair: **BROWN**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*
Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 20th day of June, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME:<br>Laborers Pension and Welfare Funds* | ORIGINAL PROOF OF SERVICE | TRACKING #<br>39251 |
|---|---|---|