IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | Judge DARRAH |
| Plaintiffs, | ) | Case No. 08 C 3388 |
| v. | ) ) | |
| S&P ELECTRIC, INC., an Illinois corporation, | ) ) | |
| Defendant. | ) | |

To:   S&P Electric, Inc.
      c/o Burkelaw Agents, Inc., Registered Agent
      230 N. Wabash Ave., 22nd Floor
      Chicago, IL  60611

　　　PLEASE TAKE NOTICE that at 9:00 a.m. on Wednesday, August 20, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable John W. Darrah, Room 1203, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Order of Default and to Compel an Audit, a copy of which is herewith served upon you.

July 25, 2008                                         Laborers Pension Fund, et al.

                                                      By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

　　　The undersigned certifies that on this 25th day of July 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                      /s/ Charles Ingrassia